FILED
August 19, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES ALLEN TANNER

Defendant.

Case No.  2:21-mj-00130-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHARLES ALLEN TANNER  Case No.  2:21-mj-00130-KJN  Charges 21 USC § 841(a)(1)  from custody for the following reasons:

|   |   |   |
|---|---|---|
| ___ | Release on Personal Recognizance | |
| X | Bail Posted in the Sum of $ | |
| X | Unsecured Appearance Bond $ | 25,000.00 co-signed by Sandra Lynn Worrell and Charles Wade Warrell |
| ___ | Appearance Bond with 10% Deposit | |
| ___ | Appearance Bond with Surety as stated on the record in open court. | |
| ___ | Corporate Surety Bail Bond | |
| X | (Other): Defendant to be released at **9:00 AM on 8/20/2021**. | |

Issued at Sacramento, California on at 2:00 PM on August 19, 2021

Dated:  August 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE